### Isaac Gorham vs. Sloop *Jupiter*, 1750

Colony of Rhode Island etc   At a Court of Vice Admiralty held at Newport in the Colony aforesaid on Wednesday the First of August An: Dom. 1750

Present the Honorable Samuel Wickham Esq. Deputy Judge
The Court being opend.